UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL MOORE; et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | Case No. 3:11-cv-3134 |
| | ) | |
| LISA MADIGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF MICHAEL MOORE

I, Michael Moore, declare as follows:

1. I am 61 years old and live in Champaign, Champaign County, Illinois. I am married and have four adult children.

2. I am presently employed as the Superintendent of the Champaign County Jail. I was previously a Corrections Officer in Cook County.

3. In my current and past employment I deal with (and dealt with) violent criminals, drug traffickers, and other dangerous individuals who are often angry at the justice system and persons involved in it. Among other things, I am concerned that a former inmate may target me for a retaliatory attack.

4. At the time I was a Corrections Officer in Cook County, I was also a sworn Deputy Sheriff. In that capacity, I understand that State law exempted me from the statutes prohibiting Unlawful Use of Weapons, 720 ILCS 5/24-1 ("UUW") and Aggravated Unlawful Use of Weapons, 720 ILCS 5/24-1.6 ("AUUW"). Thus, I could previously carry firearms while off-duty, and I did from time to time carry a handgun for self-defense while off-duty. Now that I am employed solely in a civilian capacity as Jail Superintendent, I understand that State law contains no provision that would exempt me from the UUW and AUUW statutes.

5. I hold a valid Firearms Owner Identification Card ("FOID") issued pursuant to chapter 430 of the Illinois Compiled Statutes. A true and correct redacted copy of my FOID is attached hereto.

6. I understand that, as an FOID holder, Illinois law generally allows me to possess firearms. I also understand that Illinois law generally prohibits me from carrying loaded handguns in public.

7. I would carry a loaded and operational handgun for the purpose of self-defense, but I do not do so because I understand that I will likely be arrested and prosecuted, and will face fines and imprisonment, if I am found carrying a handgun in public.

8. In particular, I fear that I may be arrested and/or prosecuted by Hiram Grau, as Director of the Illinois State Police, or his subordinate, or by Lisa Madigan, as Attorney General of the State of Illinois, or her subordinate, or that either of both of these parties or their subordinates may participate in or support my arrest and/or prosecution for carrying a loaded handgun in public.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: July _1_, 2011

_____
Michael Moore

