UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) Case No. 3:11-cv-3134 |
| | ) |
| LISA MADIGAN, et al., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF CHARLES HOOKS

I, Charles Hooks, declare as follows:

1.  I am 62 years old and live in Percy, Randolph County, Illinois. I am married and have three adult children.

2.  I hold a valid Firearms Owner Identification Card ("FOID") issued pursuant to chapter 430 of the Illinois Compiled Statutes. A true and correct redacted copy of my FOID is attached hereto.

3.  I understand that, as an FOID holder, Illinois law generally allows me to possess firearms. I also understand that Illinois law generally prohibits me from carrying loaded handguns in public.

4.  I would carry a loaded and operational handgun for the purpose of self-defense, but I do not do so because I understand that I will likely be arrested and prosecuted, and will face fines and imprisonment, if I am found carrying a handgun in public.

5.  In particular, I fear that I may be arrested and/or prosecuted by Hiram Grau, as Director of the Illinois State Police, or his subordinate, or by Lisa Madigan, as Attorney General of the State of Illinois, or her subordinate, or that either of both of these parties or their

subordinates may participate in or support my arrest and/or prosecution for carrying a loaded handgun in public.

     6.    I am a member of Plaintiff Second Amendment Foundation, Inc.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: July 4, 2011

                                               Charles Hooks

