UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) Case No. 3:11-cv-3134 |
| | ) |
| LISA MADIGAN, et al., | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF PEGGY FECHTER

I, Peggy Fechter, declare as follows:

1. I am 70 years old and live in Carmi, White County, Illinois. I am married and have three adult children and six grandchildren.

2. I am retired and live on our family's 1,800-acre farm with my husband. Our children continue to work on the farm.

3. I hold a valid Firearms Owner Identification Card ("FOID") issued pursuant to chapter 430 of the Illinois Compiled Statutes. A true and correct redacted copy of my FOID is attached hereto.

4. I am concerned about my ability to protect myself both on and around our farm. I am especially concerned that drug "cooks" will attempt to locate and steal fertilizers and other chemical supplies at our farm in order to make drugs, and that they will resort to violence if caught. For example, two years ago we caught some oddly behaving men looking around our farm buildings. When we confronted them, they provided an incoherent explanation and then left abruptly. We could only assume that they were "casing" the farm for chemicals. After this incident, I obtained my FOID and purchased a handgun for self-defense. I joined a local rifle and pistol club and trained in the safe use of firearms.

-2-

5. I understand that, as an FOID holder, Illinois law generally allows me to possess firearms. I also understand that Illinois law generally prohibits me from carrying loaded handguns in public.

6. I would carry a loaded and operational handgun for the purpose of self-defense, such as when I use public roads to check our family's farm. However, I do not do so because I understand that I will likely be arrested and prosecuted, and will face fines and imprisonment, if I am found carrying a handgun in public.

7. In particular, I fear that I may be arrested and/or prosecuted by Hiram Grau, as Director of the Illinois State Police, or his subordinate, or by Lisa Madigan, as Attorney General of the State of Illinois, or her subordinate, or that either of both of these parties or their subordinates may participate in or support my arrest and/or prosecution for carrying a loaded handgun in public.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated:     July 7, 2011

*Peggy Fechter* (signature)
Peggy Fechter

**FIREARM OWNER'S IDENTIFICATION CARD**

FOID NUMBER ▮
PEGGY G FECHTER
▮

DOB ▮/1940
Female 5'03" 196lbs  Hair:BRN Eyes:BRN

CAUTION: This card does not permit bearer to UNLAWFULLY carry or use firearms. This does not authorize the carrying of a concealed weapon.

Expires 08/01/2019

*Peggy Fechter*

ILLINOIS STATE POLICE