UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -against- ) | Case No. 3:11-cv-3134 |
| ) | |
| LISA MADIGAN, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JON MAIER

I, Jon Maier, declare as follows:

1. I am 60 years old and live in Bloomington, McLean County, Illinois. I am married and have two adult stepchildren and five grandchildren. I served in the United States Navy for four years. I retired from a career with State Farm Insurance last year.

2. I hold a valid Firearms Owner Identification Card ("FOID") issued pursuant to chapter 430 of the Illinois Compiled Statutes. A true and correct redacted copy of my FOID is attached hereto.

3. I understand that, as an FOID holder, Illinois law generally allows me to possess firearms. I also understand that Illinois law generally prohibits me from carrying loaded handguns in public.

4. I would carry a loaded and operational handgun for the purpose of self-defense, but I do not do so because I understand that I will likely be arrested and prosecuted, and will face fines and imprisonment, if I am found carrying a handgun in public.

5. In particular, I fear that I may be arrested and/or prosecuted by Hiram Grau, as Director of the Illinois State Police, or his subordinate, or by Lisa Madigan, as Attorney General of the State of Illinois, or her subordinate, or that either of both of these parties or their

subordinates may participate in or support my arrest and/or prosecution for carrying a loaded handgun in public.

6.   I am a member of Plaintiff Illinois Carry.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: July 01, 2011

_____
Jon Maier



FIREARM OWNER'S IDENTIFICATION CARD
FOID NUMBER
JON E MAIER

DOB /1951
Male  5'11" 205lbs  Hair:BLK  Eyes:BLU

Expires 03/01/2020

CAUTION: This card does not permit bearer to UNLAWFULLY carry or use firearms. This does not authorize the carrying of a concealed weapon.

Jon E. Maier

ILLINOIS STATE POLICE


