UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -against- ) | Case No. 3:11-cv-3134 |
| ) | |
| LISA MADIGAN, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MIKO TEMPSKI

I, Miko Tempski, declare as follows:

1.  I live in Seattle, Washington. I am over 18 years of age and am competent to testify on my own behalf.

2.  I am General Counsel for Plaintiff Second Amendment Foundation, Inc. ("SAF"), which is a Plaintiff in this action. I am an attorney and am admitted to practice law in the State of Washington. I am authorized to testify on SAF's behalf.

3.  SAF is a 501(c)(3) not-for-profit member organization that is organized under the laws of the State of Washington as a non-profit corporation. SAF's principal place of business is in Bellevue, Washington. SAF maintains a web page at http://www.saf.org.

4.  SAF has over 650,000 supporters nationwide, including in the State of Illinois.

5.  SAF's core purposes include promoting both the exercise of the right to keep and bear arms, as well as education, research, publishing, and legal action focusing on the constitutional right to privately own and possess firearms. SAF publishes three periodicals (The New Gun Week, Women and Guns, and The Gottlieb-Tartaro Report) and also publishes the academic publication Journal of Firearms and Public Policy. SAF promotes research and education on the consequences of abridging the right to keep and bear arms and on the historical

grounding and importance of the right to keep and bear arms as one of the core civil rights of United States citizens.

6.     One of the core purposes of SAF is to promote legal action on behalf of the constitutional right to keep and bear arms.  SAF was a party to, and sponsor of, the <u>McDonald v. Chicago</u> litigation, which resulted in the Supreme Court incorporating the Second Amendment against the States and invaliding a Chicago law that prohibited handguns for most Chicago residents.  In the past, SAF successfully overturned a San Francisco, California ordinance that prohibited citizens from possessing handguns, and it successfully overturned a New Haven, Connecticut law that prohibited the sale of handguns.

7.     Many members of SAF live in Illinois.  I understand that individual members of SAF who are authorized to possess firearms in Illinois would carry loaded and functional handguns in public for self-defense, but that they refrain from doing so because they understand it is unlawful to carry a handgun in Illinois and fear arrest, prosecution, fine, and imprisonment.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: July 1st, 2011

_____
Miko Tempski