UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE; et al., | ) |
| Plaintiffs, | ) |
| -against- | ) Case No. 3:11-cv-3134 |
| LISA MADIGAN, et al., | ) |
| Defendants. | ) |

**DECLARATION OF TIM W. BOWYER**

I, Tim W. Bowyer, declare as follows:

1. I live in Shelbyville, Shelby County, Illinois. I am over 18 years of age and am competent to testify on my own behalf.

2. I am the President of Illinois Carry, a Plaintiff in this action. As President, I am authorized to testify on Illinois Carry's behalf.

3. Illinois Carry is an all-volunteer membership corporation incorporated under the laws of the State of Illinois with its principal place of business in Shelbyville. Illinois Carry maintains a website at http://www.illinoiscarry.com.

4. Illinois Carry's membership consists of individuals in Illinois and in other States. Illinois Carry brings this action on behalf both itself and its members

5. Illinois Carry is dedicated to the preservation of Second Amendment rights. Among Illinois Carry's core purposes are educating the public about Illinois laws governing the purchase and transportation of firearms, aiding the public in every way within its power, and supporting and defending the people's right to keep and bear arms, including the right of its members and the public to purchase, possess, and carry firearms. Illinois Carry supports the right to keep and bear arms through both legislative and legal action.

6. I understand that individual members of Illinois Carry who are authorized to possess firearms in Illinois would carry loaded and functional handguns in public for self-defense, but that they refrain from doing so because they understand it is unlawful to carry a handgun in Illinois and fear arrest, prosecution, fine, and imprisonment.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: July 6, 2011

Tim W. Bowyer