IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL MOORE; CHARLES HOOKS; PEGGY FECHTER; JON MAIER; SECOND AMENDMENT FOUNDATION, INC.; and ILLINOIS CARRY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No. 11-3134 |
| LISA MADIGAN, in her Official Capacity as Attorney General of the State of Illinois; and HIRAM GRAU, in his Official Capacity as Director of the Illinois State Police, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## UNCONTESTED MOTION FOR ENLARGEMENT OF TIME

Now come the Defendants, LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police and request an enlargement of time of two days in which to respond to Plaintiff's Motion for Preliminary Injunction and in which to answer or otherwise plead in response to Plaintiff's complaint and in support thereof, it is stated:

1. Defendants' responses are due on or about July 25, 2011.

2. Due to other pressing matters including responding to the Motion for Preliminary Injunction in Hagen v. Quinn, No. 11-3213, Defendants have been unable to complete their responses.

3. Plaintiffs' counsel has no objection to the short enlargement requested.

4. This motion is made in good faith in order to properly respond to Plaintiffs' Complaint and Motion for Preliminary Injunction and is not intended to cause undue dely.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request an enlargement of time of two days up to and including July 27, 2011 in which to respond to Plaintiffs' Motion for Preliminary Injunction and to answer or otherwise plead in response to the Plaintiffs' Complaint.

>Respectfully submitted,
>
>LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois, a n d HIRAM GRAU, in his official capacity as Director of the Illinois State Police,
>
>   Defendants,
>
>LISA MADIGAN, Attorney General,
>State of Illinois,
>
>   Attorney for Defendants.
>
>s/Terence J. Corrigan
>Terence J. Corrigan, #6191237
>Assistant Attorney General
>Attorney for Defendants
>Office of the Attorney General
>500 South Second Street
>Springfield, IL  62706
>Telephone:  (217) 782-5819
>Facsimile:  (217) 524-5091
>tcorrigan@atg.state.il.us

## Certificate of Service

I hereby certify that on July 25, 2011, I presented the foregoing Motion for Extension of Time to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

dsigale@sigalelaw.com

David@djensenpllc.com

and I hereby certify that on July 25, 2011, I have mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully submitted,

s/Terence J. Corrigan
Terence J. Corrigan, #6191237
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
E-mail:tcorrigan@atg.state.il.us