UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE; CHARLES HOOKS; PEGGY FECHTER; JON MAIER; SECOND AMENDMENT FOUNDATION, INC.; and ILLINOIS CARRY, <br><br> Plaintiffs, <br><br> -against- <br><br> LISA MADIGAN, in her Official Capacity as Attorney General of the State of Illinois; and HIRAM GRAU, in his Official Capacity as Director of the Illinois State Police, <br><br> Defendants. | Case No. 3:11-cv-3134 |

**PLAINTIFFS' RESPONSE TO**
**DEFENDANTS' MOTION TO CLARIFY**

Plaintiffs do not oppose Defendants' Motion to Clarify (Doc. No. 31).

Dated: August 23, 2011

By: _/s/ David D. Jensen_
David D. Jensen
DAVID JENSEN PLLC
61 Broadway, Suite 1900
New York, New York 10006
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, Illinois 60137
Tel: 630.452.4547
Fax: 630.596.4445
dsigale@sigalelaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2011, I presented the foregoing Motion, Memorandum of Law, and exhibits to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Terence Corrigan [tcorrigan@atg.state.il.us]
Karen L. McNaught [kmcnaught@atg.state.il.us]
David A. Simpson [dsimpson@atg.state.il.us]
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: August 23, 2011

_____
David D. Jensen