E-FILED
Friday, 03 February, 2012  04:42:48 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

MICHAEL MOORE, CHARLES
HOOKS, PEGGY FECHTER, JON
MAIER, SECOND AMENDMENT
FOUNDATION, INC., and ILLINOIS
CARRY,                              )
                                    )
                                    )
              vs.                   )      Case Number:  **11-3134**
                                    )
                                    )
LISA MADIGAN, in her official
capacity as Attorney General for the
State of Illinois, and HIRAM GRAU,
in his official capacity as Director of
the Illinois State Police,

## JUDGMENT  IN A CIVIL CASE

  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **XXX    DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Sue E. Myerscough:  Defendants' Motion to Dismiss (d/e 24) is Granted.  Case Closed .

**Dated:**  2/3/2012

                              s/ Pamela E. Robinson
                              Pamela E. Robinson
                              Clerk, U.S. District Court