UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:11-cv-3134 |
| -against- | ) |
| | ) |
| LISA MADIGAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC. and ILLINOIS CARRY hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion of February 3, 2012 that denied Plaintiffs' motion for a preliminary injunction and granted Defendants' cross-motion to dismiss (Doc. No. 38), and from the Judgment entered thereon (Doc. No. 39).

Dated: February 3, 2012

By: _[signature]_
David D. Jensen
DAVID JENSEN PLLC
61 Broadway, Suite 1900
New York, New York 10006
Tel: 212.380.6615
Fax: 917.591.1318
*david@djensenpllc.com*

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, Illinois 60137
Tel: 630.452.4547
Fax: 630.596.4445
*dsigale@sigalelaw.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2012, I presented the foregoing Notice of Appeal to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Terence Corrigan [tcorrigan@atg.state.il.us]
Karen L. McNaught [kmcnaught@atg.state.il.us]
David A. Simpson [dsimpson@atg.state.il.us]
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February 3, 2012

_____
David D. Jensen