IN THE
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS,
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FLETCHER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS CARRY,<br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>LISA MADIGAN, Attorney General of the State of Illinois, and HIRAM GRAU, Director of Illinois State Police,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 11 C 3134<br><br><br><br><br>The Honorable<br>Sue E. Myerscough,<br>Judge Presiding. |

**MOTION FOR LEAVE TO FILE A REPLY INSTANTER
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AS MOOT**

Pursuant to Local Rule 7.1(B)(3), defendants move for leave to file the attached reply in support of defendants' motion to dismiss as moot. Doc. 51. In support, defendants state as follows:

1.　On July 9, 2013, defendants filed a motion to dismiss this case as moot. Doc. 51. On July 15, 2013, per this Court's instructions, plaintiffs filed a response. Doc. 53.

2.　Defendants respect that this Court's rules are designed to reduce unnecessary or redundant filings by generally disallowing replies. Local Rule 7.1(B)(3).

3. As explained in the attached reply, plaintiffs' response to the motion raises arguments not anticipated and irrelevant to the motion to dismiss. Given the significance of these proceedings, defendants respectfully urge this Court to allow, docket, and consider the attached reply.

July 16, 2013

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/ Karl R. Triebel
KARL R. TRIEBEL, Bar # 6285222
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2391
FAX: (312) 814-5166
EMAIL: ktriebel@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I certify that on July 16, 2013, I electronically filed respondent's **Motion for Leave to File Reply Instanter** with the Clerk of the United States District Court for the Central District of Illinois using the CM/ECF system which will provide electronic notice to plaintiffs' counsel:

DAVID JENSEN PLLC
111 JOHN STREET, SUITE 230
NEW YORK, NEW YORK 10038
+ 1.212.380.6615 TEL
+ 1.917.591.1318  FAX
Email: david@djensenpllc.com

David G Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road
Suite 304
Glen Ellyn, IL 60137
630-452-4547
Fax: 630-596-4445
Email: dsigale@sigalelaw.com

                                              By:    s/ Karl R. Triebel_____
                                                    KARL R. TRIEBEL, Bar No. 6285222
                                                    Assistant Attorney General
                                                    100 West Randolph Street, 12th Floor
                                                    Chicago, Illinois 60601-3218
                                                    PHONE: (312) 814-2391
                                                    FAX: (312) 814-5166
                                                    E-MAIL: ktriebel@atg.state.il.us