**E-FILED**
Tuesday, 17 December, 2013  12:07:08 AM
Clerk, U.S. District Court, ILCD

**Fees and Expenses by Matter**                                    Page 1
Period: 01/01/1990-12/16/2013                                  12/16/13

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|

---

Matter 502-3                 Second Amendment Foundation
                             Illinois Carry Challenge

| 03/10/11 Unbilled | DJ | Fee: 4.00 hours @ $450.00/hour<br>Legal research regarding Illinois laws prohibiting the carry of firearms and exceptions to same; review cases addressing exception for cased and unloaded carry; research additional potential defenses to liabilty under UUW and AUUW statutes | 1,800.00 |
| 03/11/11 Unbilled | DJ | Fee: 4.50 hours @ $450.00/hour<br>Prepare draft letter to SAF detailing pertinent provisions of Illinois law that preclude carry and exceptions to same and analyzing which provisions should be challenged in a potential suit; prepare outline of remainder of advice letter | 2,025.00 |
| 03/13/11 Unbilled | DJ | Fee: 3.40 hours @ $450.00/hour<br>Research statutory exceptions for security guards and certain other private and government officials; research other potential defenses to UUW and AUUW statutes; prepare analysis of risk of a "Peruta" outcome; begin legal research of potential alternative Equal Protection claim | 1,530.00 |
| 03/14/11 Unbilled | DJ | Fee: 2.40 hours @ $450.00/hour<br>Complete review of cases addressing equal protection issues surrounding the right to keep and bear arms; prepare section of letter analyzing potential equal protection claim and comparing to proposed prima facie due process claim | 1,080.00 |
| 03/15/11 Unbilled | DJ | Fee: 0.70 hours @ $450.00/hour<br>Review academic articles discussing equal protection issues surrounding the Second Amendment and revise letter accordingly | 315.00 |
| 03/16/11 Unbilled | DJ | Fee: 4.60 hours @ $450.00/hour<br>Legal research regarding necessity defense under Illinois law and its appliation to the loading of cased and unloaded guns and | 2,070.00 |

**Fees and Expenses by Matter**                                Page 2
Period: 01/01/1990-12/16/2013                                12/16/13

| Date | Timekeeper | Transaction Type | Amount |
|------|------------|------------------|--------|
| Status | | Description | |

---

|  |  | revise letter to include analysis of this issue; legal research regarding proper parties and venue | |
| 03/17/11 Unbilled | DJ | Fee: 4.70 hours @ $450.00/hour Complete preparation of litigation proposal letter by completing portions addressing standing, proper parties and venue; review, proofread and revise letter and send to M. Tempski and A. Gottlieb | 2,115.00 |
| 05/06/11 Unbilled | DJ | Fee: 1.20 hours @ $450.00/hour Telephone conference with A. Gura regarding potential challenge to carry laws in Illinois; review news reports and legislative materials regarding rejection of carry bill; prepare and send emails to A. Gura and A. Gottlieb regarding ability to move on a potential suit | 540.00 |
| 05/07/11 Unbilled | DJ | Fee: 3.40 hours @ $450.00/hour Telephone conference with A. Gura regarding ISRA, Illinois Carry, and other issues surrounding potential suit challening Illinois prohibitions on carrying firearms; contact V. Rowe at Illinois Carry regarding potential action; prepare draft Complaint and review Illinois statutes in connection with same; review and revise draft Complaint | 1,530.00 |
| 05/08/11 Unbilled | DJ | Fee: 2.60 hours @ $450.00/hour Telephone conference with R. Pearson regarding his understanding of NRA's proposed claims; research basis and merits of potential carry challenge under Illinois Constitution; revise complaint and prepare pro hac vice motion | 1,170.00 |
| 05/09/11 Unbilled | DJ | Fee: 4.20 hours @ $450.00/hour Telephone conference with R. Pearson and D. Moran of ISRA and V. Rowe of Illinois Carry regarding potential plaintiffs and regarding NRA's planned action in Illinois; telephone conference with A. Gottlieb regarding whether to proceed and proposal to contact NRA regading their | 1,890.00 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|

case; telephone conference with C. Conte
regarding NRA's planned challenge in
Illinois; telephone conferencd with A.
Gottlieb regarding outcome of telephone
conference with NRA

| 05/10/11<br>Unbilled | DJ | Fee: 2.00 hours @ $450.00/hour<br>Telephone conference with D. Sigale regarding admission to practice for potential action in Illinois; telephone conference with V. Rowe regarding plaintiffs they may be able to identify and refer; telephone conference with C. Conti regarding possible federal SAF case and NRA's planned state-court challenge; confer with V. Rowe by email regarding districts in Illinois and desired characteristics of plaintiffs; confer with A. Gura, A. Gottlieb and M. Tempski by email regarding updates with NRA, Sigale's admission, and attempts to locate plaintiffs | 900.00 |
| 05/11/11<br>Unbilled | DJ | Fee: 6.80 hours @ $450.00/hour<br>Telephone conference with V. Rowe regarding additional potential plaintiffs; interview potential plaintiffs C. Hooks, E. Willman, P. Fechter, and K. Keith; revise Complaint; telephone conference with C. Conti at NRA; prepare Rule 7.1 disclsoure, civil cover sheet, and application for admission; prepare individual retainer letter for Keith and Fechter; telephone conference with D. Sigale regarding his aiblity to file Complaint electronically and admission to C.D. Ill. federal court; revise Complaint and review local rules pertaining to admission to practice, pleadings, and venue and place of filing and assignment | 3,060.00 |
| 05/12/11<br>Unbilled | DJ | Fee: 5.40 hours @ $450.00/hour<br>Interview potential plaintiff Michael Moore; revise Complaint and other pleadings to include him as a plaintiff; telephone conference with C. Conti at NRA regarding their suit plans; telephone | 2,430.00 |

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|

conference with M. Tempski and A. Gottlieb
regarding NRA's plans and proposal to file
action immediately; confer with D. Sigale
to arrange filing shortly before midnight;
telephone conference with V. Rowe at
Illinois Carry regarding their
participation; prepare retainer letters
for C. Hooks and M. Moore and send same;
prepare retainer letter for SAF and send
same; review returned retention agreements
and forward to SAF and D. Sigale; final
review of all pleadings and send to D.
Sigale for filing; notify SAF of
successful filing of action

| 05/13/11 | DJ | Fee: 2.50 hours @ $450.00/hour | 1,125.00 |
| Unbilled | | Telephone conference with A. Gottlieb and M. Tempski regarding filing of SAF Complaint and filing of NRA Complaint; telephone conference with C. Conti at NRA regarding their complaint; review NRA's Complaint; telephone conference with D. Sigale regarding amendment to correct State Police Director and regarding status of pro hac vice motion and application for admission | |

| 05/16/11 | DJ | Fee: 1.20 hours @ $450.00/hour | 540.00 |
| Unbilled | | Interview additional potential plaintiffs (George Randolph and David Christenson) and confer with same by email; telephone conference with Valinda and Mike Rowe regarding possible inclusion of Illinois Carry as a plaintiff | |

| 05/17/11 | DJ | Fee: 1.00 hours @ $450.00/hour | 450.00 |
| Unbilled | | Interview potential plaintiff Joe Morber by telephone and research background of same; telephone conference with C. Hooks regarding potential plaintiffs he has referred | |

| 05/18/11 | DJ | Fee: 1.50 hours @ $450.00/hour | 675.00 |
| Unbilled | | Confer with V. Rowe and M. Tempski regarding participation of Illinois Carry and regarding potential additional plaintiffs; attempt to contact D. | |

| Date | Timekeeper | Transaction Type | Amount |
|------|-----------|-----------------|--------|
| Status | | Description | |

---

| | | Christenson by telephone and email; prepare Amended Complaint allegations pertinent to Peggy Fechter and send to her for review | |
| 05/19/11 Unbilled | DJ | Fee: 2.90 hours @ $450.00/hour Confer with V. Rowe by telephone and email regarding Illinois Carry's participation in the suit and regarding potential additional plaintiffs; interview potential plaintiff Jon Maier by telephone and prepare retention agreement for same; revise and proofread Amended Complaint; telephone conference with A. Gottlieb to update; confirm filing of Amended Complaint and send same to clients | 1,305.00 |
| 05/19/11 Unbilled | DJ | Expense Admission fee -- reimbursement to D. Sigale | 185.00 |
| 05/21/11 Unbilled | DJ | Fee: 2.30 hours @ $450.00/hour Research prior state and federal court decisions by Judge Myerscough; legal research regarding standards governing preliminary injunctive relief; review D. Sigale's request to clerk of court for issuance of Summonses | 1,035.00 |
| 05/23/11 Unbilled | DJ | Fee: 6.50 hours @ $450.00/hour Review Judge Myerscough's order regarding recusal from case and discuss same with D. Sigale by telephone; telephone conference with M. Tempski regarding potential recusal; research regarding Judge Richard Mills and his prior federal and state-court decisions and family and personal background; review Local Rules and recent cases from the Springfield Division to determine what judges are being assigned cases in the Springfield division; begin preparing assessment and advice for transmission to clients by email | 2,925.00 |
| 05/24/11 Unbilled | DJ | Fee: 5.80 hours @ $450.00/hour Complete swearing-in for admission to | 2,610.00 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|

Central District and prepare cover letter
and registration form for clerk; telephone
conference with Springfield Division clerk
regarding judicial assignment and recusal
procedures; research Central District
decisions that concern or address recusal
and reassignment of cases; complete
written assessment to clients and review,
revise and finalize same and send;
telephone conference with M. Tempski
regarding how to proceed; review of briefs
and oral argument in Ezell for use in
preliminary injunction motion; confer with
D. Sigale by email regarding notice of
recusal and status of service of process

| 05/25/11<br>Unbilled | DJ | Fee: 3.00 hours @ $450.00/hour<br>Telephone conference with V. and M. Rowe of Illinois Carry regarding continued legislative plans and regarding two individuals seeking to be included in the case as plaintiffs; prepare and send update to A. Gottlieb regarding same; research preliminary injunction decisions from the Central District and obtain copies of moving papers from prior successful motions and analyze same; prepare draft Motion | 1,350.00 |
| 05/27/11<br>Unbilled | DJ | Fee: 0.80 hours @ $450.00/hour<br>Begin preparation of draft brief in support of preliminary injunction | 360.00 |
| 05/31/11<br>Unbilled | DJ | Fee: 1.10 hours @ $450.00/hour<br>Confer with clerk of court by email regarding completion of electronic case filing registration; legal research for standards governing preliminary injuctions in the Seventh Circuit; confer with D. Sigale by telephone and email regarding defendants' due dates and plans for moving forward with case | 495.00 |
| 06/01/11<br>Unbilled | DJ | Fee: 3.20 hours @ $450.00/hour<br>Continue preparation of brief in support of motion for preliminary injunction by preparing sections addressing "threshold" | 1,440.00 |

**Fees and Expenses by Matter**                                Page 7
Period: 01/01/1990–12/16/2013                                12/16/13

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | injunctive requirements in the Seventh Circuit and continue legal research in support of same | |
| 06/05/11<br>Unbilled | DJ | Fee: 1.70 hours @ $450.00/hour<br>Continue preparation of draft preliminary injunction motion by beginning preparation of section addressing constitutinal right to carry; review proposed press release from Illinois Carry and comment on same | 765.00 |
| 06/06/11<br>Unbilled | DJ | Fee: 3.80 hours @ $450.00/hour<br>Review and analyze recent cases addressing right to carry, including Peterson v. Lacabe, Masciandaro, and Sykes; continue preparation of portion of preliminary injunction motion addressing right to carry | 1,710.00 |
| 06/08/11<br>Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour<br>Review ECF docket entry regarding Judge Myerscough's withdrawal of her proposed recusal and confer with D. Sigale by email regarding same; send update to A. Gottlieb, M. Tempski, and A. Gura by email | 135.00 |
| 06/21/11<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Confer with D. Sigale and V. Quillicci regarding proposed conference call to discuss Illinois case | 90.00 |
| 06/22/11<br>Unbilled | DJ | Fee: 0.50 hours @ $450.00/hour<br>Telephone conference with W. Howard, D. Moran, R. Pearson, V. Quillici, D. Sigale, and A. Gura regarding status of challenges to Illinois carry laws and ramifications of potential legislative actions | 225.00 |
| 06/28/11<br>Unbilled | DJ | Fee: 1.00 hours @ $450.00/hour<br>Prepare draft declarations for four individual plaintiffs and two organizational plaintiffs | 450.00 |
| 06/30/11<br>Unbilled | DJ | Fee: 5.00 hours @ $450.00/hour<br>Reformat draft preliminary injunction motion to track preliminary injunction requirements; legal research regarding | 2,250.00 |

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|

---

importance of focusing on probability of
success on the merits where claimed injury
is depirvation of constitutional right and
regarding distinicion between unclear
questions of fact and law and incorporate
citations to same into draft motion;
confer with M. Tempski and V. Rowe by
email and review, revise and send
declarations for SAF and Illinois Carry;
revise and finalize declarations for
individual plaintiffs and send same by
email with explanatory message

| | | | |
|---|---|---|---|
| 07/01/11<br>Unbilled | DJ | Fee: 1.90 hours @ $450.00/hour<br>Confer with J. Maier, M. Moore, and M.<br>Tempski regarding declarations and revise<br>and send same; review and revise draft<br>preliminary injunction brief | 855.00 |
| 07/02/11<br>Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour<br>Review declarations returned by M. Moore<br>and J. Maier and prepare declarations for<br>filing; confer with same by email | 135.00 |
| 07/03/11<br>Unbilled | DJ | Fee: 2.00 hours @ $450.00/hour<br>Prepare portion of preliminary injunction<br>motion addressing basic facts of<br>plaintiffs' standing, state law<br>prohibitions, and defendants' enforcement<br>of state laws; legal research regarding<br>standing, state laws, and defendants'<br>duties for use in same | 900.00 |
| 07/04/11<br>Unbilled | DJ | Fee: 7.10 hours @ $450.00/hour<br>Review declaration returned by C. Hooks<br>and additional FOID copy from M. Moore and<br>confer with both by email; prepare<br>declarations for electronic filing;<br>additional legal research regarding<br>adequacy of legal remedies and irreparable<br>injury in Seventh Circuit in cases<br>involving constitutional injuries; revise<br>and consolidate sections of brief<br>discussing irreparable injury and<br>inadequate remedy at law and incorporate<br>citations to other cases finding<br>constitutional deprivations to be | 3,195.00 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|

---

irreparable and legal remedies inadequate;
additional research regarding balance of
hardships and draft and revise section of
brief addressing balance of hardships

07/05/11   DJ   Fee: 4.00 hours @ $450.00/hour                1,800.00
Unbilled        Continue preparation of preliminary
                injunction motion by reviewing and
                revising entire draft brief, preparing
                introduction and conclusion sections, and
                revising section titles; telephone
                conference with V. and M. Rowe regarding
                status and plans for motion and return of
                declaration; additional research regarding
                stare decisis and treatment of Supreme
                Court holdings and dicta in Seventh
                Circuit and incorprate same into draft
                motion

07/06/11   DJ   Fee: 6.20 hours @ $450.00/hour                2,790.00
Unbilled        Telephone conferences with M. Tempski and
                A. Gottlieb regarding Ezell decision;
                review Ezell; revise draft preliminary
                injunction motion to include discussion of
                and citation to Ezell; prepare
                introduction and conclusion sections of
                brief; telephone conference with P.
                Fechter regarding return of declaration
                and confer with V. Rowe and T. Bowyer by
                email regarding same; revise T. Bowyer
                declaration and send to Bowyer for
                signature; send draft prelimianry
                injunction motion to A. Gottlieb, A. Gura,
                D. Sigale, and M. Tempski for review;
                confer with D. Sigale by email regarding
                filing and service of preliminary
                injunction motion tomorrow

07/07/11   DJ   Fee: 7.30 hours @ $450.00/hour                3,285.00
Unbilled        Review comments of D. Sigale and A. Gura
                regarding draft motion; review, revise,
                proofread and finalize Motion for
                Preliminary Injunction and Memorandum of
                Law in Support of Same; review
                declarations from P. Fechter and T. Bowyer
                and prepare same for electronic filing;
                review local rules to ensure compliance

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|

and revise format of brief accordingly;
prepare certificate of service; prepare
cover letters to Judge Myerscough and to
Attorney General's office; electronically
file motion papers; telephone conference
with clerk's office regarding electronic
filing; prepare, review, and send email to
individual plaintiffs regarding status of
case and motion

| | | | |
|---|---|---|---|
| 07/07/11<br>Unbilled | DJ | Expense<br>Postage for priority mail copies of motion papers to Attorney General's office and to Judge Myerscough | 12.10 |
| 07/08/11<br>Unbilled | DJ | Fee: 0.70 hours @ $450.00/hour<br>Review Shepard v. Madigan docket to obtain contact information for Attorney General's counsel; attempt to reach T. Corrigan at AG's office by telephone; telephone conference with T. Corrigan regarding State's response to suit and preliminary injunction motion; prepare and send email update regarding same to A. Gottlieb, M. Tempski, A. Gura, and D. Sigale; briefly review motion papers from Shepard v. Madigan and email correspondence sent by D. Sigale regarding same | 315.00 |
| 07/10/11<br>Unbilled | DJ | Fee: 0.90 hours @ $450.00/hour<br>Review Supreme Court Rules regarding petitons for certiorari and stay and federal statutes concerning same; confer with A. Gura and D. Sigale by email regarding potential alternative avenues to advance case to Supreme Court; review most recent state-court carry decisions | 405.00 |
| 07/11/11<br>Unbilled | DJ | Fee: 2.70 hours @ $450.00/hour<br>Review injunction papers filed in Shepard v. Madigan; legal research regarding ability to expedite review and regarding when decision on preliminary injunction becomes final; review Local Rules of Central District and Seventh Circuit in connection with determining when appeal can be taken from order deciding motion | 1,215.00 |

**Fees and Expenses by Matter**                                     Page 11
Period: 01/01/1990-12/16/2013                                     12/16/13

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| | | for preliminary injunction | |
| 07/12/11 Unbilled | DJ | Fee: 0.40 hours @ $450.00/hour Confer with D. Sigale regarding filing of proof of service for preliminary injunction papers; prepare and send email to clients regarding assessment of timeline for case | 180.00 |
| 07/14/11 Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour Obtain contact information to and place telephone call to T. Corrigan at Illinois Attorney General's office; confer with D. Sigale regarding Illinois Carry's view on proposed legislation | 90.00 |
| 07/15/11 Unbilled | DJ | Fee: 0.50 hours @ $450.00/hour Telephone conference with T. Corrigan of Attorney General's office regarding State's response to Complaint and Preliminary Injunction motion, availability of hearing, and experience with Judge Myerscough; prepare and send update regarding same to clients by email | 225.00 |
| 07/20/11 Unbilled | DJ | Fee: 1.50 hours @ $450.00/hour Review email from counsel for proposed Amicus Curiae Brady Center to Prevent Gun Violence and send same to clients with comments; review local rules regarding Amicus briefs; confer with M. Tempski, A. Gura, and D. Sigale regarding response | 675.00 |
| 07/21/11 Unbilled | DJ | Fee: 1.00 hours @ $450.00/hour Confer with D. Sigale regarding response to proposed Amicus brief; review Central District decisions addressing Amicus arguments and injunctions; telephone call to T. Corrigan at Illinois Attorney General's Office; prepare and send response to proposed Amicus Curiae | 450.00 |
| 07/25/11 Unbilled | DJ | Fee: 0.40 hours @ $450.00/hour Telephone conference with T. Corrigan regarding response to Complaint and motion; telephone call with Judge Myerscough's law clerk regarding extension | 180.00 |

| Date | Timekeeper | Transaction Type | Amount |
|------|-----------|------------------|--------|
| Status | | Description | |

---

|  |  | for Attorney General's response and hearing; telephone conference with D. Sigale to update; prepare and send email update to clients | |
| 07/27/11<br>Unbilled | DJ | Fee: 1.00 hours @ $450.00/hour<br>Review order setting hearing date and send same to clients; review opposition papers and motion to dismiss filed by State Defendants and send to clients with comments | 450.00 |
| 07/28/11<br>Unbilled | DJ | Fee: 1.00 hours @ $450.00/hour<br>Further review and analysis of State's papers in opposition to preliminary injunction; prepare document containing summary and pertinent excerpts from same | 450.00 |
| 08/01/11<br>Unbilled | DJ | Fee: 2.60 hours @ $450.00/hour<br>Review order allowing Amicus brief and allowing Plaintiffs to reply and confer with clients regarding same by email; begin preparation of response to Amicus brief | 1,170.00 |
| 08/02/11<br>Unbilled | DJ | Fee: 4.80 hours @ $450.00/hour<br>Continue preparation of response to Amicus brief; review Ezell and identify provisions discussing the role of the home; review Nineteenth Century cases cited by State and prepare discussion of same; further legal research in support of response to Amicus brief | 2,160.00 |
| 08/03/11<br>Unbilled | DJ | Fee: 3.90 hours @ $450.00/hour<br>Complete draft brief in opposition to Amicus brief and review, proofread, and revise same; send draft brief to clients and to A. Gura and D. Sigale for review; confer with A. Gura by email regarding revisions; revise brief to incorporate input from A. Gura and D. Sigale; electronically file response brief and send email copies to Amicus and State counsel; prepare for oral argument before Judge Myerscough | 1,755.00 |

**Fees and Expenses by Matter**                                      Page 13
Period: 01/01/1990-12/16/2013                                     12/16/13

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 08/04/11<br>Unbilled | DJ | Expense<br>Lodging - Howard Johnson, Springfield, IL | 77.20 |
| 08/04/11<br>Unbilled | DJ | Fee: 4.50 hours @ $450.00/hour<br>Final preparation for, travel to, and appearance at preliminary inunction hearing with D. Sigale; confer with Illinois Carry representatives; telephone conferences with A. Gottlieb, M. Tempski, A. Gura, and D. Sigale regarding outcome of hearing; telephone conferences with D. Sigale and M. Moore regarding television interview | 2,025.00 |
| 08/04/11<br>Unbilled | DJ | Expense<br>Mileage:  1904 miles to C.D. Ill. courthouse | 1,056.72 |
| 08/08/11<br>Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour<br>Prepare, review, and send emaiil update on case status and copies of briefs to named individual plaintiffs; review ECF notice from court adjourning deadlines | 135.00 |
| 08/09/11<br>Unbilled | DJ | Fee: 0.40 hours @ $450.00/hour<br>Review docket in Shepard v. Madigan and download and briefly review summary judgment papers; send Shepard papers to A. Gottlieb, A. Gura, M. Tempski and V. Rowe; confer with V. Rowe regarding decision on preliminary injunction motion | 180.00 |
| 08/10/11<br>Unbilled | DJ | Fee: 2.10 hours @ $450.00/hour<br>Further review of State's Motion to Dismiss and prepare outline of proposed response; research historical authorities cited by State; confer with A. Gura regarding retention letters for individual plaintiffs | 945.00 |
| 08/11/11<br>Unbilled | DJ | Fee: 9.00 hours @ $450.00/hour<br>Prepare section of brief in response to Motion to Dismiss addressing historical authorities; additional legal research regarding Statute of Northampton and 19th Century laws in Wyoming and DC; prepare section of brief addressing post-Heller | 4,050.00 |

**Fees and Expenses by Matter**                                        Page 14
Period: 01/01/1990-12/16/2013                                         12/16/13

| Date   | Timekeeper | Transaction Type | Amount |
|--------|------------|------------------|--------|
| Status |            | Description      |        |

---

cases cited by State

| 08/12/11 | DJ | Fee: 4.20 hours @ $450.00/hour | 1,890.00 |
| Unbilled | | Prepare section of brief in opposition to Motion to Dismiss addressing standard of review and research decisions cited by State and otherwise pertinent to section; telephone conference with K. McNaught and T. Corrigan of Attorney General's Office regarding their proposal to revise description of UUW prohibition; telephone conference with Attorney General's Office and court; prepare and send email update to A. Gottlieb, M. Tempski, D. Sigale, and A. Gura | |

| 08/13/11 | DJ | Fee: 7.10 hours @ $450.00/hour | 3,195.00 |
| Unbilled | | Review and revise section of brief addressing standard of review; prepare brief sections addressing claim that Heller is limited to the home and regarding balance of equities; prepare introduction and conclusion sections; review and revise entire draft brief | |

| 08/14/11 | DJ | Fee: 2.70 hours @ $450.00/hour | 1,215.00 |
| Unbilled | | Review Illinos state laws at issue and confer with T. Vandermyde regarding descritpion of same in brief; review and revise draft brief and prepare new conclusion section; prepare table of authorities | |

| 08/15/11 | DJ | Fee: 1.10 hours @ $450.00/hour | 495.00 |
| Unbilled | | Final review, proofreading and revision of brief in opposition to State's Motion to Dismiss; electronically file response and send update to clients | |

| 08/16/11 | DJ | Fee: 0.40 hours @ $450.00/hour | 180.00 |
| Unbilled | | Telephone conference with T. Corrigan regarding status of State's proposed clarification; prepare email to individual plaintiffs regarding anticipated ruling and how to respond to media inquiries | |

**Fees and Expenses by Matter**                                    Page 15
Period: 01/01/1990-12/16/2013                                     12/16/13

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 08/17/11<br>Unbilled | DJ | Fee: 1.10 hours @ $450.00/hour<br>Review summary judgment brief filed in Shepard v. Madigan; confer with T. Corrigan by email regarding status of State's clarification; telephone conference with T. Corrigan and court regarding status; prepare email to clients regarding current status of the clarification | 495.00 |
| 08/18/11<br>Unbilled | DJ | Fee: 0.50 hours @ $450.00/hour<br>Telephone conference with D. Sigale regarding status of State's clarification; attempt to contact T. Corrigan by telephone and review message received from Corrigan; prepare and send email update to clients regarding status | 225.00 |
| 08/19/11<br>Unbilled | DJ | Fee: 0.60 hours @ $450.00/hour<br>Telephone conference with V. Quillici regarding potential legislative developments and prepare and send update regarding same to A. Gottlieb, A. Gura and D. Sigale; telephone conference with T. Corrigan regarding status of State's clarification; prepare and send email to clients with status of same | 270.00 |
| 08/20/11<br>Unbilled | DJ | Fee: 0.80 hours @ $450.00/hour<br>Review indivdiual practices of Judge Myerscough and prepare draft letter to Judge Myerscough requesting ruling notwithstanding State's failure to file its clarification; send to A. Gura and D. Sigale for review and comment | 360.00 |
| 08/21/11<br>Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour<br>Confer with A. Gura and D. Sigale by email; additional review of local rules regarding letters to court | 135.00 |
| 08/22/11<br>Unbilled | DJ | Fee: 0.40 hours @ $450.00/hour<br>Confer with A. Gura and D. Sigale regarding options for proceeding; telephone conference with T. Corrigan and prepare and send email update regarding same to clients | 180.00 |

**Fees and Expenses by Matter**                                    Page 16
Period: 01/01/1990-12/16/2013                                     12/16/13

| Date | Timekeeper | Transaction Type | Amount |
|------|-----------|------------------|--------|
| Status | | Description | |

---

| 08/23/11 | DJ | Fee: 1.00 hours @ $450.00/hour | 450.00 |
| Unbilled | | Telephone calls with T. Corrigan regarding State's clarification document and content of same; review clarification filed by State and prepare and file response to same; confer with D. Sigale regarding response to State Motion to Clarify | |

| 08/31/11 | DJ | Fee: 0.00 hours @ $450.00/hour | 0.00 |
| Unbilled | | Telephone conference with D. Sigale regarding status of court's decision [no charge] | |

| 09/02/11 | DJ | Fee: 0.20 hours @ $450.00/hour | 90.00 |
| Unbilled | | Review motion to defer filed by Attorney General in Shepard v. Madigan action sent by T. Vandermyde; send same to A. Gottlieb and co-counsel with comments | |

| 09/06/11 | DJ | Fee: 0.10 hours @ $450.00/hour | 45.00 |
| Unbilled | | Confer with V. Rowe regarding State's motion to defer in Shepard and status of court's decision | |

| 09/09/11 | DJ | Fee: 0.10 hours @ $450.00/hour | 45.00 |
| Unbilled | | Prepare and send update to individual plaintiffs regarding status of decision | |

| 09/12/11 | DJ | Fee: 0.20 hours @ $450.00/hour | 90.00 |
| Unbilled | | Review State's motion to supplement with Kachalsky v. Cacace and send to A. Gottlieb, D. Sigale, and A. Gura | |

| 09/13/11 | DJ | Fee: 4.40 hours @ $450.00/hour | 1,980.00 |
| Unbilled | | Further review of State's motion and review and analyze Kachalsky decision; prepare draft response to motion and send to D. Sigale and A. Gura for review; confer with D. Sigale and A. Gura, revise response, conduct additional research; proofread and electronically file response to State's motion | |

| 09/19/11 | DJ | Fee: 0.10 hours @ $450.00/hour | 45.00 |
| Unbilled | | Telephone conference with V. Quilici regarding status of Moore v. Madigan and Shepard v. Madigan cases | |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 11/02/11<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Review letter sent by random private citizen to Judge Myerscough and send update regarding same to A. Gottlieb and co-counsel by email | 90.00 |
| 11/04/11<br>Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review letter from Judge Myerscough enclosing copy of private citizen's letter to court | 45.00 |
| 11/08/11<br>Unbilled | DJ | Fee: 0.40 hours @ $450.00/hour<br>Research transcript procedures in Central District of Illinois and contact clerk's office and court reporter to request copy of transcript from oral argument | 180.00 |
| 11/17/11<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Confer with V. Rowe, A. Gottlieb, A. Gura, and D. Sigale regarding status of decision | 90.00 |
| 12/01/11<br>Unbilled | DJ | Fee: 0.50 hours @ $450.00/hour<br>Review transcript received from court reporter; send copies of transcript to clients and co-counsel by email with brief discussion of same | 225.00 |
| 01/19/12<br>Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review order from court disposing of motions to clarify and supplement and send same to SAF and Illinois Carry and co-counsel | 45.00 |
| 02/03/12<br>Unbilled | DJ | Fee: 1.30 hours @ $450.00/hour<br>Briefly review and forward court's opinion and order to SAF, Illinois Carry, and co-counsel; prepare and file Notice of Appeal regarding same; forward filed Notice of Appeal to clients and co-counsel | 585.00 |
| 02/06/12<br>Unbilled | DJ | Fee: 0.90 hours @ $450.00/hour<br>Review Seventh Circuit order docketing appeal and assigning case number; prepare draft concise summary of the case; telephone conference with Springfield, IL newspaper reporter regarding outcome of motion | 405.00 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 02/07/12<br>Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Confer with D. Sigale regarding completion and filing of statement of facts | 45.00 |
| 02/08/12<br>Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Further confer with D. Sigale regarding filing of statement of facts with Seventh Circuit | 45.00 |
| 02/09/12<br>Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review briefing schedule and other documents received from Seventh Circuit today by mail and send to clients and co-counsel by e-mail | 45.00 |
| 02/12/12<br>Unbilled | DJ | Fee: 0.90 hours @ $450.00/hour<br>Telephone conference with A. Gura and D. Sigale regarding plan for handling appeal and schedule for preparing appeal brief; confer by email regarding same | 405.00 |
| 02/13/12<br>Unbilled | DJ | Fee: 2.40 hours @ $450.00/hour<br>Telephone conference with T. Corrigan of Illinois Attorney General's office regarding who is handling the appeal and regarding designation of joint appendix; prepare, review, and send letter to Illinois Attorney General with appendix designations; prepare working copy of appendix and send to A. Gura and D. Sigale; prepare draft statement of facts, statement of issues, and statement of jurisdiction for brief | 1,080.00 |
| 02/21/12<br>Unbilled | DJ | Fee: 0.50 hours @ $450.00/hour<br>Revise draft appendix to include additional documents and to correct issues with ECF headers in some documents | 225.00 |
| 02/22/12<br>Unbilled | DJ | Fee: 0.50 hours @ $450.00/hour<br>Further revisions and additions to appendix | 225.00 |
| 02/27/12<br>Unbilled | DJ | Fee: 0.90 hours @ $450.00/hour<br>Review and analyze draft brief sent by A. Gura | 405.00 |

**Fees and Expenses by Matter**                                    Page 19
Period: 01/01/1990-12/16/2013                              12/16/13

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 02/28/12<br>Unbilled | DJ | Fee: 3.10 hours @ $450.00/hour<br>Continue review and analysis of brief and prepare comments and suggestions regarding same and send to A. Gura by email | 1,395.00 |
| 02/29/12<br>Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour<br>Telephone conference with A. Gura to discuss comments and suggestions on draft brief | 135.00 |
| 03/02/12<br>Unbilled | DJ | Fee: 2.60 hours @ $450.00/hour<br>Review proposed final brief and prepare comments and proposed revisions regarding same; check citation forms against current version of Bluebook; confer regarding filing with A. Gura and D. Sigale | 1,170.00 |
| 03/03/12<br>Unbilled | DJ | Fee: 3.90 hours @ $450.00/hour<br>Further review of proposed final brief; further revision of citations to conform to Bluebook; check table of authorities for accuracy; prepare final comments regarding brief | 1,755.00 |
| 03/22/12<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Confer with A. Gura and D. Sigale by email regarding extension requested by State | 90.00 |
| 04/09/12<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Review email from A. Gura and IL's motion to consolidate; confer with A. Gura by email regarding same | 90.00 |
| 04/11/12<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Review email from A. Gura and briefly review opposition to motion to hold Shepard in abeyance | 90.00 |
| 04/13/12<br>Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review docket entry and A. Gura email regarding denial of abeyance motion | 45.00 |
| 04/20/12<br>Unbilled | DJ | Fee: 0.70 hours @ $450.00/hour<br>Review emails between A. Gura and D. Simpson regarding proposal to consolidate and prepare comments and assessment of same; confer with A. Gottlieb by telephone | 315.00 |

**Fees and Expenses by Matter**                                    Page 20
Period: 01/01/1990-12/16/2013                                    12/16/13

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 04/21/12 Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour Review and analyze A. Gura's assessment and comments regarding consolidation with Shepard | 135.00 |
| 04/23/12 Unbilled | DJ | Fee: 0.50 hours @ $450.00/hour Confer with A. Gura regarding position on consolidation with Shepard; review new exchange with D. Simpson; review docket entry of IL's motion to consolidate | 225.00 |
| 04/26/12 Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour Review order denying consolidation and providing extension | 90.00 |
| 05/09/12 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Review ECF docket notices regarding consolidation, briefing, and oral argument | 45.00 |
| 05/10/12 Unbilled | DJ | Fee: 0.40 hours @ $450.00/hour Prepare, review, proofread, and file attorney disclosure form pursuant to court clerk's request | 180.00 |
| 05/13/12 Unbilled | DJ | Fee: 1.00 hours @ $450.00/hour Review and analyze Appellees' Brief of Illinois Attorney General; confer with A. Gura and D. Sigale regarding reply brief | 450.00 |
| 05/14/12 Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour Confer with A. Gura and D. Sigale regarding Illinois' brief and preparation of reply brief; forward copy of IL's brief to V. Rowe pursuant to request | 90.00 |
| 05/22/12 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Confer with D. Sigale and A. Gura regarding status of reply brief | 45.00 |
| 05/23/12 Unbilled | DJ | Fee: 0.80 hours @ $450.00/hour Review draft reply brief from D. Sigale and prepare redline comments on same; send to A. Gura and D. Sigale | 360.00 |
| 05/24/12 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Review docket entries regarding filing of brief and corrected briefs and emails from | 45.00 |

**Fees and Expenses by Matter**                          Page 21
Period: 01/01/1990-12/16/2013                             12/16/13

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| | | A. Gura and D. Sigale regarding same | |
| 11/30/12 Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour<br>Confer with A. Gura regarding implications of Kachalsky and preparation of supplemental authority notice | 135.00 |
| 12/02/12 Unbilled | DJ | Fee: 0.60 hours @ $450.00/hour<br>Review and analyze proposed notice of supplemental aurhority and provide comments and input on same | 270.00 |
| 12/11/12 Unbilled | DJ | Fee: 0.90 hours @ $450.00/hour<br>Review and analyze decision from Seventh Circuit; confer with A. Gura, D. Sigale, and A. Gottlieb regarding same; notify C. Hooks of outcome | 405.00 |
| 12/12/12 Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Prepare statement of costs (for preparation of Bill of Costs) and send to A. Gura and D. Sigale | 90.00 |
| 12/17/12 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review Illinois's request for extension of time to request rehearing en banc | 45.00 |
| 12/18/12 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review court's order regarding extension of time | 45.00 |
| 01/08/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review Illinois's petition for rehearing | 45.00 |
| 01/22/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Further review of Illinois's motion for rehearing | 45.00 |
| 01/23/13 Unbilled | DJ | Fee: 1.30 hours @ $450.00/hour<br>Review brief in opposition to Illinois's motion for rehearing en banc and provide comments and input on same | 585.00 |
| 01/24/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review deficiency notice from clerk's office and confer with A. Gura regarding same | 45.00 |

**Fees and Expenses by Matter**                                      Page 22
Period: 01/01/1990-12/16/2013                                      12/16/13

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 02/22/13 Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Review order denying en banc review; confer with other counsel and parties regarding same by email | 90.00 |
| 06/03/13 Unbilled | DJ | Fee: 4.60 hours @ $450.00/hour<br>Telephone conference with J. O'Connor at Associated Press regarding issuance of Seventh Circuit's mandate and confer with A. Gura and D. Sigale by email regarding same; review State's motion to stay mandate and discuss same with A. Gura by telephone; legal research regarding equity principles; research to obtain legislative history of carry bill and Governor's prior statements regarding carry bill; review draft response to motion to stay and revise and incorporate new materials | 2,070.00 |
| 06/04/13 Unbilled | DJ | Fee: 0.90 hours @ $450.00/hour<br>Review two revised draft opposition briefs and prepare and send comments and revisions to same to A. Gura and D. Sigale; review opposition briefs filed in Shepard v. Madigan; review court's order granting stay and send to co-counsel and clients | 405.00 |
| 06/17/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Review Defendants' motion for extension of time (submitted to Supreme Court) | 45.00 |
| 07/09/13 Unbilled | DJ | Fee: 0.80 hours @ $450.00/hour<br>Review notice of mandate and notice of appearance filed by K. Triebel; telephone conference with T. Corrigan at Illinois Attorney General's office regarding actions on remand; telephone conference with A. Gura regarding same; review motion to dismiss filed by Attorney General and confer with A. Gura and D. Sigale in connection with same | 360.00 |
| 07/10/13 Unbilled | DJ | Fee: 2.10 hours @ $450.00/hour<br>Confer with A. Gura and D. Sigale regarding request for extension of time to file attorney's fee request by email; | 945.00 |

**Fees and Expenses by Matter**                                          Page 23
Period: 01/01/1990-12/16/2013                                           12/16/13

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|

---

|  |  | telephone conferences with D. Sigale and T. Corrigan to discuss smae; prepare motion for extenion of time, and review, proofread, and file same |  |
| 07/11/13<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Confer with A. Gura and D. Sigale regarding whether case is moot and regarding apparent motion for injunction in Shepard v. Madigan | 90.00 |
| 07/15/13<br>Unbilled | DJ | Fee: 1.70 hours @ $450.00/hour<br>Review draft brief in opposition to Attorney General's motion to dismiss and prepare and send comments on same; telephone conference with D. Sigale regarding same; review revised draft and provide additional comments | 765.00 |
| 07/16/13<br>Unbilled | DJ | Fee: 1.30 hours @ $450.00/hour<br>Review email from K. Triebel at Illinois Attorney General's office regarding intention to reply and confer with K. Triebel and D. Sigale regarding same; research local rules regarding right to reply; legal research regarding jurisdiction of district court on remand in light of corrective legislation | 585.00 |
| 07/17/13<br>Unbilled | DJ | Fee: 0.40 hours @ $450.00/hour<br>Review ECF notice of Attorney General's request for leave to reply and proposed reply; prepare and send email to D. Sigale regarding issues surrounding request for injunction (per research) | 180.00 |
| 07/18/13<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Review filed reply brief; send opposition and reply briefs to A. Gura with comments | 90.00 |
| 08/14/13<br>Unbilled | DJ | Fee: 0.20 hours @ $450.00/hour<br>Send list of time entires through July to D. Sigale for review; confer with D. Sigale and A. Gura regarding expenses that should be included and completion of other counsels' fee statements | 90.00 |

**Fees and Expenses by Matter**                                    Page 24
Period: 01/01/1990-12/16/2013                                     12/16/13

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 08/16/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Review D. Sigale's email to Illinois Attorney General's office demanding settlement of fee claim | 45.00 |
| 08/22/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Confer with D. Sigale and A. Gura regarding state's lack of response to fee demand and plans for follow up | 45.00 |
| 08/27/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Confer with D. Sigale and A. Gura regarding argument in Shepard v. Madigan and lack of response to fee demand | 45.00 |
| 08/28/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Revew email from D. Sigale providing update regarding discussion with T. Corrigan at Attorney General's office | 45.00 |
| 09/03/13 Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour Review notice of motion to extend deadline for fee petition; review and analyze options for resolving fee claim and prepare email to D. Sigale and A. Gura outlining same | 135.00 |
| 09/05/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Review notice of court's grant of extension and D. Sigale's email regarding same | 45.00 |
| 10/10/13 Unbilled | DJ | Fee: 0.30 hours @ $450.00/hour Review decision of Judge Myerscough denying state's motion to dismiss as moot | 135.00 |
| 10/22/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Review minute entry for status conference and confer with A.Gura and D. Sigale regarding same | 45.00 |
| 11/06/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Confer with D. Sigale regarding upcoming call with T. Corrigan | 45.00 |
| 11/07/13 Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour Review court's order regarding deadline | 45.00 |

**Fees and Expenses by Matter**                                      Page 25
Period: 01/01/1990-12/16/2013                                       12/16/13

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|

---

|  |  | for filing of attorney's fee motion and<br>confer with A. Gura and D. Sigale by email |  |
| 12/04/13<br>Unbilled | DJ | Fee: 0.10 hours @ $450.00/hour<br>Confer with A. Gura regardng plans for<br>completing motion for award of attorney's<br>fees | 45.00 |
| 12/13/13<br>Unbilled | DJ | Fee: 4.00 hours @ $450.00/hour<br>Legal research regarding recovery of<br>prevailing party attorney's fees,<br>determination of amount, and evidence<br>needed; prepare draft declaration of David<br>Jensen in support of same; send to A. Gura<br>and D. Sigale for review and comment | 1,800.00 |
| 12/15/13<br>Unbilled | DJ | Fee: 4.20 hours @ $450.00/hour<br>Review and revise declaration of David<br>Jensen; review and proofread draft brief<br>in support of fee award; research local<br>rules regarding signing and filing of<br>declarations; confer with A. Gura<br>regarding contents of brief and<br>declaration and plans for filing motion | 1,890.00 |

---

| Matter 502-3<br>152 transactions |  | Hours:   236.60 | Fees:<br>Expenses: | 106,470.00<br>1,331.02 |

---

| 152 transactions<br>1 matter |  | Hours:   236.60 | Fees:<br>Expenses: | 106,470.00<br>1,331.02 |