| | |
|---|---|
| From: | Alan Gura [ALAN@ALANGURA.COM] |
| Sent: | Saturday, August 18, 2012 2:07 PM |
| To: | Alan Gura |
| Subject: | Fwd: E-Ticket Confirmation-BANHIR  07JUN |

Begin forwarded message:

**From:** "American Airlines@aa.com" <notify@aa.globalnotifications.com>
**Subject: E-Ticket Confirmation-BANHIR 07JUN**
**Date:** May 10, 2012 9:58:32 PM EDT
**To:** "ALAN@ALANGURA.COM" <ALAN@ALANGURA.COM>



eTicket Itinerary & Receipt Confirmation

Date of Issue: 10MAY12

Alan Gura:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: BANHIR**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.



1

   



## Record Locator: BANHIR

### Itinerary

| Carrier | Flight Number | Departing City | Departing Date & Time | Arriving City | Arriving Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 2341 | WASHINGTON REAGAN | THU 07JUN 2:10 PM | CHICAGO OHARE | 3:25 PM | Q |
|  |  | Alan Gura | FF#: UWN6626 PLT | Economy | Seat 20A | Food For Purchase |
| American Airlines | 3879 | CHICAGO OHARE | FRI 08JUN 3:40 PM | WASHINGTON REAGAN | 6:20 PM | L |
|  | OPERATED BY AMERICAN EAGLE | | | | | |
|  |  | Alan Gura | FF#: UWN6626 PLT | Economy | Seat 13A | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAXES AND CARRIER-IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| ALAN GURA | 0012309168716 | 399.07 | 51.53 | 450.60 |

**Payment Type:** Master Card XXXXXXXXXXXX1818          **Total: $450.60**

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

```
        HMSHOST
     STARBUCKS HK APX
    Chicago 773.686.6180

0857 FEJARDIN

HK 1191 JUN08'12  2:07PM  GST 1

 1 LATTE G                  4.15

   SUBTOTAL                 4.15
   TAX                      0.45
   AMOUNT PAID          4.60
   XXXXXXXXXXXXXX6      XX/XX
   MSTRCARD   A1           4.60

    QUESTIONS/COMMENTS
   HARRY.LU@HMSHOST.COM
   HARRY,LU(GM)7736190050

  BECOME A FAN OF HMSHOST

        ON FACEBOOK.

your order number is   1191
```

```
              Dunkin Donuts
       Washington Reagan National Aiport
               Center Pier
               708-531-1694

Till #       : 2250201
Date/Time    : 6/7/2012 12:30 PM
Operator     : BEZABEH_F
Receipt#     : SALE 617892

Coffee Med                        $2.09

SUB TOTAL                         $2.09
Virginia Sales Tax                $0.19
SUB TOTAL INC TAX                 $2.28
Master/Visa                       $2.28
CHANGE                            $0.00
```

```
          Fuddrucker's
 Reagan National Airport Terminal B
  Washington, District of Columbia
               Tel:
           Check: 969409

Server: Cashier 1    Date: 06/07/2012
Table: 91            Time: 13:24
        Guests: 1

 1  Salmon                       9.99

            SUB-TOT:              9.99
           Sales Tax:             0.90

              TOTAL:             10.89
============================================
MSTRCRD         :    10.89
============================================

       Thank You For Dining At
     Fuddruckers Restaurant #641

     please give us your feed back
     Just follow these simple steps:
```

```
                    RAM
           RESTAURANT & BREWERY
            9520 W Higgins Road
            Rosemont, IL 60018
               847-692-4426

Server: Kay           DOB: 06/08/2012
01:14 PM                   06/08/2012
Table 5/1                    5/50007

                SALE

Mastercard                   5242890
Card #XXXXXXXXXXXX5196
Magnetic card present: GURA ALAN
Card Entry Method:   S

Approval: 31807P

         Amount:       $ 43.47

         + Tip:  _____7.53_____

         = Total:  _____65.00____

        I agree to pay the above
      total amount according to the
         card issuer agreement.

X
```

```
GLOBE TAXI ASSN.
-CREDIT RECEIPT-
 PASSENGER COPY
HACK#:  00093572
CAB#:       6759
DATE: 6/ 7/2012
ST.TIME:   15:29
END TIME:  16:39
TRIP#:      5175
DIST :  17.80 MI
FARE :   $ 38.85
EXTRA :  $  3.00
TIP  :   $  8.37
GR.TOT:  $ 50.22
CARD#: 54***5196
AUTH#:    45089P
DEPT OF CONSUMER
SERVICE CALL 311
.   THANK YOU  .
```

# PALMER HOUSE

## A HILTON HOTEL

**PALMER HOUSE HILTON**
17 East Monroe Street | Chicago, Illinois | 60603
T: 312 726 7500 | F: 312 917 1707
E: commentsph@hilton.com

**NAME AND ADDRESS:**
GURA, ALAN
202 SUMMERS DRIVE

ALEXANDRIA, VA 223012445
US

Room: 22118/K1T
Arrival Date: 6/7/2012   4:46:00PM
Departure Date: 6/8/2012
Adult/Child: 1/0
Room Rate: 239.00

RATE PLAN   LV6

HH# 375562474 GOLD
AL   AA   #UWN6626
BONUS AL       CAR

Confirmation Number : 3477673040

6/8/2012   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/7/2012 | *LOCKWOOD | LINTR | 13915369 | $81.00 | | |
| 6/7/2012 | GUEST ROOM | RLEG | 13916806 | $239.00 | | |
| 6/7/2012 | OCCUPANCY TAX | RLEG | 13916806 | $39.20 | | |

WILL BE SETTLED TO MC *1818                                                 $359.20

EFFECTIVE BALANCE OF                                                        $0.00


HILTON HHONORS


WALDORF ASTORIA


CONRAD


Hilton


DOUBLETREE


EMBASSY SUITES


Hilton Garden Inn


Hampton


HOMEWOOD SUITES

HOME2

Hilton Grand Vacations

**Zip-Out Check-Out®**

**LATE CHECK-OUT RATES**
from 12 to 2 pm $50.00 plus 16.4% tax.
from 2 to 4 pm $75.00 plus 16.4% tax.
after 4 pm full room rate plus 16.4% tax.

Good morning! We hope you enjoyed your stay. With Zip-Out Check-Out®,
there is no need to stop at the Front Desk to check out.
Please review this statement. It is a record of your charges as of late last
evening.
Simply call our automated Zip-Out extension 3333. Once dialed, you will
automatically be checked out. You will be unable to leave a message.
Please be sure you are prepared to checkout when calling.
If you have any questions regarding your bill, you may stop by the front desk or
dial extension 5400.
If you would like to take advantage of a late check-out (based upon availability),
please dial extension 5400. Late check-out rates are listed above.
We want to thank you for choosing The Palmer House Hilton.

DATE OF CHARGE                    FOLIO NO./CHECK NO.
                                   2525939   A

AUTHORIZATION                      INITIAL

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT