E-FILED
Tuesday, 17 December, 2013 05:57 AM
Clerk, U.S. District Court, ILCD

**INVOICE**     Invoice #CLU-2011002014
7/11/2011





Law Firm of David G. Sigale, P.C.
739 Roosevelt Road
Suite 304
Glen Ellyn, IL 60137

**Send Payments To:**
**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**Phone: (217) 528-5997**
**61-1446230**

**Case Number: Sangamon 3:11-CV-3134**

Plaintiff:
**Michael Moore, et al**

Defendant:
**Lisa Madigan, et al**

Received: 7/8/2011   Served: 7/11/2011 12:45 pm  AUTHORIZED
To be served on: Lisa Madigan in her capacity as Attorney General of the State of Illinois

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee | 1.00 | 50.00 | 50.00 |
| Photocopies | 44.00 | 0.10 | 4.40 |
| TOTAL CHARGED: | | | $54.40 |
| **BALANCE DUE:** | | | **$54.40** |

Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b

## INVOICE

Invoice #CLU-2011002013
7/11/2011





Law Firm of David G. Sigale, P.C.
739 Roosevelt Road
Suite 304
Glen Ellyn, IL 60137

**Send Payments To:**
**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**Phone: (217) 528-5997**
**61-1446230**

**Case Number: Sangamon 3:11-CV-3134**

Plaintiff:
**Michael Moore, et al**

Defendant:
**Lisa Madigan, et al**

Received: 7/8/2011   Served: 7/11/2011 12:00 pm  AUTHORIZED
To be served on: Hiram Grau in his official capacity as Director of the ILL State Police

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 50.00 | 50.00 |
| Photocopies | 44.00 | 0.10 | 4.40 |
| TOTAL CHARGED: | | | $54.40 |
| **BALANCE DUE:** | | | **$54.40** |

Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b

# INVOICE

Invoice #CLU-2011001488
5/24/2011





Law Firm of David G. Sigale, P.C.
739 Roosevelt Road
Suite 304
Glen Ellyn, IL 60137

**Send Payments To:**
**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**Phone: (217) 528-5997**
**61-1446230**

**Case Number: Sangamon 3:11-CV-3134**

Plaintiff:
**Michael Moore, et al**

Defendant:
**Lisa Madigan, et al**

Received: 5/23/2011   Served: 5/24/2011 11:15 am  AUTHORIZED
To be served on: Lisa Madigan in her capacity as Attorney General of the State of Illinois

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |

**BALANCE DUE:**                                                                             **$50.00**

*MOORE*
*PAID 1869*
*6/10/11*

Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b

# INVOICE

**Invoice #CLU-2011001487**
**5/24/2011**





Law Firm of David G. Sigale, P.C.
739 Roosevelt Road
Suite 304
Glen Ellyn, IL 60137

**Send Payments To:**
**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**Phone: (217) 528-5997**
**61-1446230**

**Case Number: Sangamon 3:11-CV-3134**

Plaintiff:
**Michael Moore, et al**

Defendant:
**Lisa Madigan, et al**

Received: 5/23/2011    Served: 5/24/2011 11:45 am  AUTHORIZED
To be served on: Hiram Grau in his official capacity as Director of the ILL State Police

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |

**BALANCE DUE:** | | | **$50.00**

MOORE
PAID ✓ 869
6/10/11

Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b