IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS CARRY,<br><br>      Plaintiffs,<br><br>  v.<br><br>LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police,<br><br>      Defendants. | Case No. 3:11-CV-3134 |

### [PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion for attorney fees and expenses pursuant to 42 U.S.C. § 1988.

Having considered the matter, the Court orders that the motion be GRANTED.

Plaintiffs are awarded costs in the amount of $3,193.29, and attorney fees as follows:

Attorney Fees:

| | |
|---|---|
| Alan Gura: | 88.1 hours X $640/hr = $ 56,384.00 |
| | 5.4 hours X $320/hr = $  1,728.00 |
| David G. Sigale: | 101.8 hours X $500/hr = $ 50,900.00 |
| | 17.3 hours X $250/hr = $  4,325.00 |
| David D. Jensen | 236.6 hours X $450/hr = $106,470.00 |

Attorney Fee Total: $219,807.00

SO ORDERED

This the ___ day of January, 2014.

_____
The Hon. Sue E. Myerscough
United States District Judge