IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS CARRY,         Plaintiffs,  v.  LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police,         Defendants. | Case No. 3:11-CV-3134 |

NOTICE OF SUPPLEMENTAL AUTHORITY

COME NOW the Plaintiffs, MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC. and ILLINOIS CARRY, by and through counsel, and in providing the Court with notice of the following supplemental authority as to the pending issues in this matter, state as follows:

As the Court may recall, the Defendants refuse to negotiate the amount of attorney fees and expenses, offering nothing, because they assert that Plaintiffs somehow did not prevail in this case. Plaintiffs' motion for attorney fees and expenses thus dedicated meaningful effort to rebut that claim, effort which is reflected in the amount of attorney fees requested.

Defendants had moved, both in this Court and in the companion case of *Shepard* v. *Madigan*, S.D. Ill. No. 11-405-WDS-PMF, for discovery and for an extension of time. On January 17, 2014, the Southern District granted in part and denied in part Defendants' request. In

so doing, that court observed: "a fee award against [Defendants] is wholly appropriate." A copy of that order is attached hereto.

                                        Respectfully submitted,

                                             /s/ David G. Sigale       
                                        One of the Attorneys for Plaintiffs

David Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 420
New York, New York 10038
Tel: 212.380.6615
david@djensenpllc.com

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

Attorneys for Plaintiffs

NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On January 22, 2014, the Plaintiffs electronically filed their Notice of Supplemental Authority with the District Court Clerk via CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale
One of the Attorneys for Plaintiff