IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS CARRY,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police,<br><br>　　　　　　Defendants. | Case No. 3:11-CV-3134 |

## MOTION FOR SANCTIONS

Come now Plaintiffs, Michael Moore, Charles Hooks, Peggy Fechter, Jon Maier, Second Amendment Foundation, Inc. and Illinois Carry, by and through counsel, and respectfully move this Honorable Court, pursuant to this Court's inherent supervisory powers and 28 U.S.C. § 1927, to sanction Defendants' counsel for unreasonably and vexatiously multiplying this litigation.

This motion, providing Defendants' counsel with notice and an opportunity to be heard, asserts the Court should hold, on Plaintiffs' forthcoming "fees on fees" motion, that Defendants' counsel are liable for the additional fees and costs of litigating this fee dispute arising from their vexatious, bad faith conduct in opposing the fee petition.

This Motion is made upon the attached Memorandum in support of said Motion, the material in the Court's file, and any other matter deemed relevant to the determination of the Motion.

Dated: July 1, 2014                                             Respectfully submitted,

       /s/ David G. Sigale

David D. Jensen                      David G. Sigale (#6238103)
David Jensen PLLC              Law Firm of David G. Sigale, P.C.
111 John St., Suite 420          739 Roosevelt Road, Suite 304
New York, NY 10038             Glen Ellyn, IL 60137
212.380.6615                            630.452.4547
david@djensenpllc.com           dsigale@sigalelaw.com

Alan Gura
Gura & Possessky, PLLC
105 Orinoco Street, Suite 305
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com

                                                   Attorneys for Plaintiffs

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1. On July 1, 2014, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                            /s/ David G. Sigale
                                        One of the Attorneys for Plaintiffs