IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS CARRY, <br><br> Plaintiffs, <br><br> v. <br><br> LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police, <br><br> Defendants. | Case No. 3:11-CV-3134 |

## SUPPLEMENTAL DECLARATION OF ALAN GURA

I, Alan Gura, am competent to state and declare the following based on my personal knowledge.

1. Earlier this month, a client contacted and retained me to consult on a First Amendment matter at my $640/hour rate. I have billed and collected on the matter at that rate.

2. It remains true that apart from work performed for the Second Amendment Foundation, I do not charge on an hourly basis other than my standard rate.

I declare under penalty of perjury that the foregoing is true and correct.

This the 16th day of September, 2014.

_____
Alan Gura