# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., AND ILLINOIS CARRY<br><br>Plaintiffs<br><br>vs.<br><br>LISA MADIGAN, in her official capacity as Attorney General for the State of Illinois, and HIRAM GAU, in his official capacity as Director of the Illinois State Police<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 11-3134 |

## JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** pursuant to an Opinion entered by the Honorable Sue E. Myerscough on November 24, 2014, Plaintiffs' Motion for Attorney's Fees (d/e 58) is GRANTED IN PART and DENIED IN PART.   Plaintiffs' Attorneys are entitled to attorney's fees totaling $153,871.00.   Plaintiffs' Bill of Costs is allowed in the amount of $3,008.29. Plaintiffs' Motions for Sanctions (d/e 84; d/e 86) are DENIED.   Defendants' Motion to Dismiss Renewed (d/e 72) is GRANTED.   Under Federal Rule of Civil Procedure 54(d)(2)(B), any supplemental Plaintiffs' fee petition in this case shall be filed no later than 14 days after the entry of judgment. The Court will treat liberally any joint motion for extension of time to file a supplemental fee petition so that the parties may resolve the issue amicably. This case is CLOSED. (See Written Opinion).-----------------------------------------------------------------

**Dated: November 24, 2014**

                                                   s/ Kenneth A. Wells                           
                                                   Kenneth A. Wells
                                                   Clerk, U.S. District Court