# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS CARRY, <br><br> Plaintiffs, <br><br> v. <br><br> LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police, <br><br> Defendants. | Case No. 3:11-CV-3134 |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC. and ILLINOIS CARRY hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion of November 24, 2014, on Plaintiffs' motion for attorney fees (Dkt. 96) and from the Judgment entered thereon (Dkt. 97).

Dated: December 8, 2014

David D. Jensen
DAVID JENSEN PLLC
111 John Street, Suite 420
New York, NY 10038
212.380.6615
david@djensenpllc.com

Respectfully submitted,

   /s/ David G. Sigale
David G. Sigale (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1. On December 8, 2014, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

    /s/ David G. Sigale
One of the Attorneys for Plaintiffs