UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS CARRY,

Plaintiffs,

v.

LISA MADIGAN, in her official capacity as Attorney General for the State of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police,

Defendants.

3:11-CV-3134

## ORDER

Pursuant to a mediated settlement agreement in the Court of Appeals for the Seventh Circuit, the parties present before the Court a joint motion for a supplemental award of attorney's fees and costs pursuant to 42 U.S.C. § 1988.

As the amount of said award has been agreed upon by the parties through their settlement negotiations, the motion is GRANTED.

Pursuant to the terms of the parties' settlement agreement, Plaintiffs' attorney's fees award shall be based upon the following calculations:

| Attorney | Hours | Hourly Rate | Total |
| --- | --- | --- | --- |
| Alan Gura | 27.8 | $640.00 | $17,792.00 |
| David Jensen | 69.4 | $450.00 | $31,230.00 |
| David Sigale | 37.0 | $500.00 | $18,500.00 |

Additionally, Defendants shall reimburse Plaintiffs for $598.71 in supplemental costs and expenses.

Accordingly, as provided by the terms of the parties' settlement agreement, Plaintiffs shall receive a payment of $68,120.71 in full satisfaction of their supplemental attorney's fees, costs and expenses incurred in this matter.

SO ORDERED, this 21st day of July, 2015.

s/ Sue E. Myerscough

THE HON. SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE